■ HARRIET LUTHART, as Executrix of BERNARD J. LUTHART, Deceased, Appellant, v SADEGH DANESH et al., Defendants, and GENESEE MEMORIAL HOSPITAL, Respondent. (Appeal No. 3.) [609 NYS2d 887] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Genesee County, Gossel, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRACE ROOK, Appellant. [610 NYS2d 903] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was denied the opportunity to testify before the Grand Jury and that he was denied his right to a prompt arraignment. By his plea of guilty, however, defendant effectively forfeited appellate review of those contentions inasmuch as they do not call into question the court's jurisdiction nor are they of constitutional magnitude (see, People v Taylor, 65 NY2d 1, 5; People v Wheeler, 176 AD2d 1133, 1134, lv denied 79 NY2d 924). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Burglary, 3rd Degree.) Present—Pine, J. P., Balio, Fallon, Doerr and Davis, JJ.